153 A.3d 317

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Robert Lee DUVALL, Appellant**

**No. 80 MAP 2015**

Supreme Court of Pennsylvania.

ARGUED: September 14, 2016

DECIDED: February 22, 2017

Erica Lee Fruiterman, Esq., Charlotte E. Thomas, Esq., Duane Morris LLP, Philadelphia, David A. Sonenshein, Esq., Temple University, for Pennsylvania Innocence Project, Innocence Network, amici curiae.

Steve Rice, Esq., Gettysburg, for Robert Lee Duvall, appellee.

Thomas L. Kearney III, Esq., Stephanie Elizabeth Lombardo, Esq., James Edward Zamkotowicz, Esq., York County District Attorney's Office, for Commonwealth of Pennsylvania, appellee.

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of February, 2017, the appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**

Justice Wecht dissents.